DONALD W. FITZGERALD, State Bar No. 095348
THOMAS A WILLOUGHBY, State Bar No. 137597
JENNIFER E. NIEMANN, State Bar No. 142151
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
dfitzgerald@ffwplaw.com
twilloughby@ffwplaw.com
jniemann@ffwplaw.com

Proposed Attorneys for Zacky Farms, LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>ZACKY FARMS, LLC, a California limited liability company,<br><br>       Debtor-In-Possession. | CASE NO. 12-37961-B-11<br><br>DCN: FWP-6<br><br>Date:    October 11, 2012<br>Time:   1:30 p.m.<br>Courtroom: 32<br>501 I Street, 6th Floor<br>Sacramento, CA |

**ORDER AUTHORIZING THE DEBTOR TO MAINTAIN AND ADMINISTER CUSTOMER PROGRAMS AND HONOR CERTAIN PREPETITION OBLIGATIONS RELATED THERETO**

The motion of Zacky Farms, LLC, Debtor and Debtor in Possession's (the "Debtor") seeking entry of an order authorizing the debtor to maintain and administer customer programs and honor certain prepetition obligations related thereto (the "Motion"), came on for hearing on October 11, 2012, at 1:30 p.m., in Courtroom 32 of the United States Bankruptcy Court for the Eastern District of California. The Debtor appeared through its counsel, Thomas A. Willoughby. Other appearances were noted on the record. All capitalized terms used but not defined herein shall have the meanings given to them in the Motion.

The Court has considered the Motion, the Declaration of Keith F. Cooper in Support of First Day Motions and Applications, and the matters reflected in the record of the hearing held on the Motion on October 11, 2012. The Court having found that it has jurisdiction over this

RECEIVED
October 11, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004481984

proceeding; that this is a core proceeding; that notice of the Motion has been given to the Office of the United States Trustee, the twenty largest unsecured creditors, all secured creditors, the owners of the Debtor and any applicable governmental entities; that no further notice is necessary; that the relief sought in the Motion is in the best interests of the Debtor, its estate, and its creditors; and that good and sufficient cause exists for such relief.

Accordingly, it is hereby ORDERED as follows:

1. The Motion (docket no.23) is GRANTED, on an interim basis to the extent set forth herein, pending the conclusion of the hearing on the Motion.

2. The Debtor is authorized, but not directed, to honor and pay the Obligations and is authorized, but not required, to maintain and administer the Customer Programs.

3. The Debtor is authorized, but not directed, to re-issue checks for customer refunds (and returned check charges related to the same) in the event that refund checks issued by the Debtor before the Petition Date were returned by the bank or other financial institutions.

4. The Debtor's banks and financial institutions are authorized and directed to process, honor, and pay any and all checks issued in connection with the Obligations.

5. The banks and other financial institutions that process, honor, and pay any and all checks on account of the Obligations shall rely on the representation of the Debtor as to which checks are issued and authorized to be paid in accordance with this Order without any duty of further inquiry and without liability for the following Debtor's instructions.

6. Payment of an obligation arising under a Customer program shall not constitute the assumption by the Debtor of a contract under section 365 of the Bankruptcy Code, nor shall it preclude the Debtor from contesting the validity or amount due pursuant to the Obligations.

7. The Court shall retain jurisdiction to hear and determine all matter arising from the implementation of this Order.

8. To the extent the fourteen day stay of Bankruptcy Rule 6004(h) may be construed to apply to the subject matter of this Order, such stay is hereby waived.

///

///

9.  Counsel to the Debtor is directed to serve a copy of this Order on all parties on the Limited Service List as defined in the Debtor's Emergency Motion For Order Establishing Notice and Administrative Procedures on file herein within three (3) days of the entry of this Order and to file a certificate of service with the Clerk of the Court.

10. A final hearing on the Motion shall be held on October 24, 2012, at 1:30 p.m.

Dated: October 11, 2012

*[signature]*

Thomas C. Holman
United States Bankruptcy Judge