DONALD W. FITZGERALD, State Bar No. 095348
THOMAS A WILLOUGHBY, State Bar No. 137597
JENNIFER E. NIEMANN, State Bar No. 142151
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
dfitzgerald@ffwplaw.com
twilloughby@ffwplaw.com
jniemann@ffwplaw.com

Proposed Attorneys for Zacky Farms, LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| In re:<br><br>ZACKY FARMS, LLC, a California limited liability company,<br><br>Debtor-In-Possession. | CASE NO. 12-37961-B-11<br><br>DCN: FWP-7<br><br>Date: October 11, 2012<br>Time: 1:30 p.m.<br>Courtroom: 32<br>501 I Street, 6th Floor<br>Sacramento, CA |
|---|---|

**ORDER ESTABLISHING NOTICE AND ADMINISTRATIVE PROCEDURES**

The motion of Zacky Farms, LLC, Debtor and Debtor in Possession's (the "Debtor") seeking entry of an order establishing notice and administrative procedures (the "Motion"), came on for hearing on October 11, 2012, at 1:30 p.m., in Courtroom 32 of the United States Bankruptcy Court for the Eastern District of California. The Debtor appeared through its counsel, Thomas A. Willoughby. Other appearances were noted on the record. All capitalized terms used but not defined herein shall have the meanings given to them in the Motion.

The Court has considered the Motion, the Declaration of Keith F. Cooper in Support of First Day Motions and Applications, and the matters reflected in the record of the hearing held on the Motion on October 11, 2012. The Court having found that it has jurisdiction over this proceeding; that this is a core proceeding; that notice of the Motion has been given to the Office of the United States Trustee, the twenty largest unsecured creditors, all secured creditors, the

RECEIVED
October 11, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004481985

owners of the Debtor and any applicable governmental entities; that no further notice is necessary; that the relief sought in the Motion is in the best interests of the Debtor, its estate, and its creditors; and that good and sufficient cause exists for such relief.

Accordingly, it is hereby ORDERED as follows:

1. The Motion (docket no.24) is GRANTED;

2. The Debtor shall establish a limited service list (the "Limited Service List") that shall initially include the following parties-in-interest: (i) the Office of the United States Trustee for the Eastern District of California; (ii) the Debtor; (iii) the attorneys for the Debtor; (iv) the Debtor's twenty (20) largest unsecured creditors, or the attorneys for the Creditors' Committee if one has been formed; (v) the attorneys for any other committee appointed by the Court; (vi) the attorneys for the Debtor's pre-petition secured lenders; (vii) the owners of the Debtor; (viii) those persons who have formally appeared and requested service in this case pursuant to Bankruptcy Rule 2002 of the Bankruptcy Rules and (ix) the Internal Revenue Service, the State of California Attorney General, the United States Attorney, the Food and Drug Administration, the Department of Agriculture, the Environmental Protection Agency, the Occupational Safety and Health Administration, and corresponding state agencies, as well as other governmental agencies, to the extent required by the Bankruptcy Rules and the Local Rules.

3. Any party-in-interest wishing to be included on the Limited Service List shall file a notice of such request with the Court on the docket of the case (by CM/ECF for those who are authorized users or, for those who are not authorized CM/ECF users, by submitting a paper copy, my mail or in person, to the Clerk of the court, at the following address: The Clerk of the United States Bankruptcy Court for the Eastern District of California, Sacramento Division, 501 I Street, Sacramento, California 95814) and serve a written copy of such request to the Debtor's bankruptcy counsel at the following address: Thomas Willoughby, Felderstein, Fitzgerald, Willoughby & Pascuzzi LLP, 400 Capitol Mall, Suite 1450, Sacramento, CA 95814, twilloughby@ffwplaw.com.

4. The Debtor shall update the Limited Service List to include those persons or parties who have made a written request to be included among on the Limited Service List: (i)

every seven (7) days during the first thirty (30) calendar days of this case; and (ii) monthly thereafter throughout the pendency of this case. The Debtor will file with the Court a notice of each updated Limited Notice List if it includes changes from the last Limited Service List filed with the Court.

5. The Limited Service List shall clearly identify interested parties and their counsel who participate in the Court's Electronic Case Filing ("ECF") system.

6. Any person filing a pleading or a paper in these cases shall serve such pleading or paper on (a) all parties-in-interest listed on the most recent Limited Service List, and (b) any creditor or other party-in-interest whose interests are likely to be affected directly by the pleading or proceeding. The serving party shall file with the Court an affidavit or certificate of service and an attached list of parties receiving notice within three (3) business days of service. The affidavit or certificate of service can state that all parties on the Limited Service List were served in lieu of individually identifying each party on the Limited Service List.

7. The electronic service of a Notice of Electronic Filing of a pleading or paper by any person who participates in the ECF system constitutes service of the pleading or paper on any other interested party listed on the Limited Service List who participates in the ECF system, and no conventional service on such interested party shall be required, *provided however*, that notices required by Bankruptcy Rule 2002(a)(1), (4), (5), and (7), and (b)(1) and (2) shall be served conventionally in hard copy.

8. Notwithstanding the foregoing, the following shall be provided to all known creditors and other parties-in-interest, at their last address known to the Debtor, unless otherwise ordered by the Court: (i) notice of the first meeting of creditors pursuant to section 341 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"); (ii) the time fixed for filing proofs of claim pursuant to Bankruptcy Rule 3003(c); (iii) the time fixed for filing objections to, and the hearing to consider approval of, a disclosure statement or confirmation of a plan of reorganization; and (iv) notice and transmittal of ballots for accepting or rejection a plan of reorganization.

9. Counsel to the Debtor is directed to serve a copy of this Order on all creditors on the Creditor Matrix within three (3) days of the entry of this Order and to file a certificate of service with the Clerk of the Court.

Dated: October 11, 2012

*Thomas C. Holman*
Thomas C. Holman
United States Bankruptcy Judge