DONALD W. FITZGERALD, State Bar No. 095348
THOMAS A WILLOUGHBY, State Bar No. 137597
JENNIFER E. NIEMANN, State Bar No. 142151
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
dfitzgerald@ffwplaw.com
twilloughby@ffwplaw.com
jniemann@ffwplaw.com

Proposed Attorneys for Zacky Farms, LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>ZACKY FARMS, LLC, a California limited liability company,<br><br>Debtor-In-Possession. | CASE NO. 12-37961-B-11<br><br>DCN: FWP-8<br><br>Date: October 11, 2012<br>Time: 1:30 p.m.<br>Courtroom: 32<br>501 I Street, 6th Floor<br>Sacramento, CA |

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

The motion of Zacky Farms, LLC, Debtor and Debtor in Possession's (the "Debtor") seeking entry of an order extending the time to file the schedules and statement of financial affairs (the "Motion"), came on for hearing on October 11, 2012, at 1:30 p.m., in Courtroom 32 of the United States Bankruptcy Court for the Eastern District of California. The Debtor appeared through its counsel, Thomas A. Willoughby. Other appearances were noted on the record. All capitalized terms used but not defined herein shall have the meanings given to them in the Motion.

The Court has considered the Motion, the Declaration of Keith F. Cooper in Support of First Day Motions and Applications, and the matters reflected in the record of the hearing held on the Motion on October 11, 2012. It appears that the Court has jurisdiction over this

RECEIVED
October 12, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004482511

proceeding; that this is a core proceeding; that notice of the Motion has been given to the Office of the United States Trustee, the twenty largest unsecured creditors, all secured creditors, the owners of the Debtor and any applicable governmental entities; that no further notice is necessary; that the relief sought in the Motion is in the best interests of the Debtor, its estate, and its creditors; and that good and sufficient cause exists for such relief.

Accordingly, it is hereby ORDERED as follows:

1. The Motion (docket no.26) is GRANTED, on an interim basis to the extent set forth herein, pending the conclusion of a final hearing on the Motion.

2. The time within which the Debtor is required to file its Schedule A, D, and E is extended until November 5, 2012. On or before November 5, 2012, the Debtor will also file Schedule B listing its inventory as of August 31, 2012.

3. The time within which the Debtor is required to file: (a) Schedule F, G, H; (b) an amended Schedule B listing the Debtor's inventory as of the petition date (October 8, 2012); and (c) Statement of Financial Affairs is extended until December 1, 2012.

4. Entry of this Order is without prejudice to the right of the Debtor to seek a further extension of time to file its Schedules.

5. A final hearing on the Motion shall be held on October 24, 2012, at 1:30 p.m.

6. Counsel to the Debtor is directed to serve a copy of this Order on all parties on the Limited Service List as defined in the Debtor's Emergency Motion For Order Establishing Notice and Administrative Procedures on file herein within three (3) days of the entry of this Order and to file a certificate of service with the Clerk of the Court.

APPROVED AS TO FORM:

OFFICE OF THE UNITED STATES TRUSTEE

By: _____
Allen C. Massey,
Attorney for the United States Trustee

Dated: October 24, 2012

_____
Thomas C. Holman
United States Bankruptcy Judge