**FOX ROTHSCHILD LLP**
Michael A. Sweet (Bar No. 184345)
Dale L. Bratton (Bar No. 124328)
Avi E. Muhtar (Bar No. 260728)
235 Pine Street, Suite 1500
San Francisco, CA 94104-2734
Telephone:   (415) 364-5540
Facsimile:    (415) 391-4436
msweet@foxrothschild.com
dbratton@foxrothschild.com
amuhtar@foxrothschild.com

-and-

| **LOWENSTEIN SANDLER PC** | Bruce S. Nathan, Esq. (*pro hac* pending) |
|---|---|
| Jeffrey D. Prol, Esq. (*pro hac* pending) | 1251 Avenue of the Americas |
| Wojciech F. Jung, Esq. (*pro hac* pending) | New York, NY 10020 |
| 65 Livingston Avenue | Telephone: (212) 262-6700 |
| Roseland, NJ 07068 | Facsimile: (973) 422-6851 |
| Telephone: (973) 597-2500 | bnathan@lowenstein.com |
| Facsimile: (973) 597-2400 | |
| jprol@lowenstein.com | |
| wjung@lowenstein.com | |

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| In re: | Case No. 12-37961 (TCH) |
| ZACKY FARMS, LLC, a California limited liability company, | Chapter 11 |
| Debtor. | |

### **AMENDED PROOF OF SERVICE**

I, Judy Parrott declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 1800 Century Park East, Suite 300, Los Angeles, CA 90067-1506. On October 31, 2012, I served the within documents:

LA1 256082v1 11/01/12

| | |
|---|---|
| 1 | **(1) APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED** |
| 2 | **CREDITORS OF ZACKY FARMS, LLC FOR ORDER AUTHORIZING RETENTION** |
| 3 | **AND EMPLOYMENT OF LOWENSTEIN SANDLER PC AS COUNSEL *NUNC PRO TUNC*** |
| 4 | **TO OCTOBER 18, 2012;** |
| 5 | **(2) DECLARATION OF WOJCIECH F. JUNG and** |
| 6 | **(3)ORDER APPROVING EMPLOYMENT AND RETENTION OF LOWENSTEIN** |
| 7 | **SANDLER PC AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED** |
| 8 | **CREDITORS OF ZACKY FARMS, LLC *NUNC PRO TUNC* TO OCTOBER 18, 2012** |

☒ **VIA U.S. MAIL** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below. ***See Attached Limited Mailing List***

☒ **VIA NOTICE OF ELECTRONIC FILING ("NEF")** – The foregoing document was served by the court via NEF to all registered users of the Court's electronic filing system pursuant to Fed. R. Civ. P. 5(b)(2)(E), as made applicable to bankruptcy cases and proceedings by Fed. R. Bankr. P. 7005, pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR").

keith.cooper@fticonsulting.com; sean.harding@fticonsulting.com; Jennifer.Byrne@fticonsulting.com; rnzacky@zacky.com; szacky@covad.net; rpachulski@pszjlaw.com; al.c.massey@usdoj.gov; dressel@chapman.com; gclore@chapman.com;gharkins@reiser.com; Thomas.walper@mto.com; Todd.Rosen@mto.com; MaryAnn.Todd@mto.com; rgerger@mckoolsmithhennigan.com; rdorman@mckoolsmithhennigan.com; pmcmanemin@pattonboggs.com; crefuerzo@bakermanock.com; askDOJ@usdoj.gov; dginter@DowneyBrand.com; rileywalter@W2LG.com;MGorton@boutinjones.com; meversden@mcgrathnorth.com;jprol@lowenstein.com; jerome.davis@fticonsulting.com; mkilgore@up.com; sdlanka@up.com; pmcmanemin@pattonboggs.com; rwjones@pattonboggs.com; jprol@lowenstein.com; CashManagementCustSvc@bankofthewest.com; Dedicatedservice502@bankofamerica.com; cbf@lrplaw.net; seb@blakelyllp.com; jbender@babc.com; gegates@earthlink.net; atippie@sulmeyerlaw.com; fitzgerald@ffwplaw.com; twilloughby@ffwplaw.com; jniemann@ffwplaw.com; wjung@lowenstein.com; BNathan@lowenstein.com; msweet@foxrothschild.com; dbratton@foxrothschild.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 31st day of October at Los Angeles, California.

*/s/ Judy Parrott*

LA1 256082v1 11/01/12

| 10-31-2012 | Limited Service List |
|---|---|
| *In re Zacky Farms, LLC* **Case No. 12-37961** ||
| Zacky Farms, LLC<br>1111 Navy Street<br>Stockton, CA  95206 | Integrated Grain & Milling<br>Attn: Richard Zacky, President<br>2020 S. East Avenue<br>Fresno, CA 93721 |
| Wells Fargo Wholesale Banking<br>333 Market Street, 3rd Floor<br>San Francisco, CA 94105 | Richard Zacky<br>2020 South East Avenue<br>P. O. Box 12556<br>Fresno, CA 93739 |
| ZF Enterprises LLC<br>Richard N. Zacky Irrev. Trust dated 11/25/07<br>Trust A of the Albert and Beverly Zacky Trust<br>Trust B of the Albert and Beverly Zacky Trust<br>c/o Richard Zacky<br>11266 N. Knotting Hill Dr.<br>Fresno, CA 93730 | Robert D. Zacky and Lillian D. Zacky<br>Trust dated 7/26/88<br>1010 Moraga Drive<br>Los Angeles, CA 90049 |
| Counsel for Richard Zacky (Leased Farms)<br>Law Office of Thomas H. Armstrong<br>5250 N. Palm Ave., #224<br>Fresno, CA 93704 | Foster Farms<br>c/o Scott Blakely<br>Blakely & Blakely LLP<br>2 Park Plaza, Suite 400<br>Irvine, CA 926 14 |
| Gahvejian Enterprises, Inc.<br>dba Mid Valley Packaging & Supply Co.<br>c/o Craig B. Fry<br>Lang, Richert & Patch<br>P. O. Box 40012<br>Fresno, CA  93755-0012 | Morton Salt, Inc.<br>Attn:  R.S. Dexheimer, Area Credit Manager<br>123 North Wacker Drive<br>Chicago IL 60606-1743 |
| **GOVERNMENTAL AGENCIES** ||
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Consumer Law Section, Attn: Bankruptcy Notices<br>California Attorney General's Office<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102   7004 |
| US EPA Region 9 Bankruptcy Contact<br>Office of the Regional Counsel ORC-3<br>75 Hawthorne St.<br>San Francisco, CA 94105 | United States Attorney<br>(For US Occupational Safety and Health Administration Agency)<br>501 I St Ste 10-100<br>Sacramento, CA 95814 |
| United States Attorney<br>(For US Food and Drug Administration)<br>501 I St Ste 10-100<br>Sacramento, CA 95814 | California Dept. of Food & Agriculture Animal Health & Food Safety Services Meat, Poultry, and Egg Safety Branch<br>1220 N Street<br>Sacramento, CA  95814 |

LA1 256082v1 11/01/12

| | |
|---|---|
| USDA Farm Service Agency<br>Attn: Farm Loan Programs<br>430 G Street #4161<br>Davis, CA 95616   4161 | United States Attorney<br>Civil Process Clerk<br>501 I St Ste 10-100<br>Sacramento, CA 95814 |
| Office of the Attorney General<br>1300 "I" Street<br>Sacramento, CA 95814   2919 | State of California Dept. of Industrial Relations<br>Office of Self Insurance Plans<br>2265 Watt Ave., Ste. 1<br>Sacramento, CA 95825 |

LA1 256082v1 11/01/12