```
DONALD W. FITZGERALD, State Bar No. 095348
THOMAS A WILLOUGHBY, State Bar No. 137597
JENNIFER E. NIEMANN, State Bar No. 142151
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
dfitzgerald@ffwplaw.com
twilloughby@ffwplaw.com
jniemann@ffwplaw.com
```

Proposed Attorneys for Zacky Farms, LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| In re: | CASE NO. 12-37961-B-11 |
|---|---|
| ZACKY FARMS, LLC, a California limited liability company, Debtor-In-Possession. | |

## LIST OF EQUITY SECURITY HOLDERS

The following is the list of the equity security holders of the debtor, including the last known address and number and kind of interests registered in the name of each holder.

| Registered name of equity security holder and last known address or place of business | Type of interest registered and number of shares of Common Stock or other interest registered |
|---|---|
| Robert D. Zacky and Lillian D. Zacky Trust U/D/T Dated July 26, 1988<br>1010 Moraga Drive<br>Los Angeles CA 90049 | 50% Membership Interest |
| Richard N. Zacky Irrevocable Trust dated 11/25/07<br>c/o Richard Zacky, Trustee<br>11266 N. Knotting Hill Dr<br>Fresno CA 93730 | 16.605833% Membership Interest |
| Barbara Jean Zacky Irrevocable Trust dated 12/30/06<br>c/o Richard Zacky, Trustee<br>11266 N. Knotting Hill Dr<br>Fresno CA 93730 | 16.605833% Membership Interest |

| Registered name of equity security holder and last known address or place of business | Type of interest registered and number of shares of Common Stock or other interest registered |
|---|---|
| Sharon Zacky Wilensky Irrevocable Trust dated 11/26/07<br>c/o Patrick McManemin<br>Patton Boggs, LLP<br>2000 McKinney Ave Suite 1700<br>Dallas, Texas 75201 | 16.605833% Membership Interest |
| Trust A of the Albert and Beverly Zacky Trust<br>c/o Richard Zacky, Trustee<br>11266 N. Knotting Hill Dr<br>Fresno CA 93730 | .06% Membership Interest |
| Trust B of the Albert and Beverly Zacky Trust<br>c/o Richard Zacky, Trustee<br>11266 N. Knotting Hill Dr<br>Fresno CA 93730 | .1225% Membership Interest |
| Total | 100% |

*(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)*

## DECLARATION

I, Keith F. Cooper, the Chief Restructuring Office of Zacky Farms, LLC, the debtor herein, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders, consisting of 2 pages (including this declaration), and that it is true and correct to the best of my information and belief.

Dated: November 6, 2012

Keith F. Cooper