Michael A. Sweet (CA Bar No. 184345)
msweet@foxrothschild.com
**FOX ROTHSCHILD LLP**
235 Pine Street, Suite 1500
San Francisco, CA 94104-2734
Telephone:   (415) 364-5540
Facsimile:   (415) 391-4436
 *[Proposed] Local Counsel to Official Committee of Unsecured Creditors*

Jeffrey D. Prol, Esq. (*pro hac vice* pending)
Wojciech F. Jung, Esq. (*pro hac vice* pending)
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
krosen@lowenstein.com
jprol@lowenstein.com
wjung@lowenstein.com

Bruce S. Nathan, Esq. (*pro hac vice* pending)
LOWENSTEIN SANDLER PC
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
Facsimile: (973) 422-6851
bnathan@lowenstein.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>ZACKY FARMS, LLC, a California limited liability company,<br><br>Debtor. | Chapter 11<br><br>Case No. 12-37961 (TCH) |

**ORDER APPROVING EMPLOYMENT AND RETENTION
OF COHNREZNICK LLP AS FINANCIAL ADVISOR TO OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF ZACKY FARMS, LLC
<u>*NUNC PRO TUNC* TO OCTOBER 22, 2012</u>**

This matter is before the Court on the Application (the "<u>Application</u>") of the Official Committee of Unsecured Creditors of Zacky Farms, LLC (the "<u>Committee</u>") seeking entry of an order authorizing the Committee to retain and employ the accounting and consulting firm of

RECEIVED
October 31, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004512777

CohnReznick LLP ("CohnReznick" or the "Firm"), *nunc pro tunc* to October 22, 2012, as financial advisor to the Committee in the above-captioned case, pursuant to sections 105, 328(a) and 1103(a) of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), and Rules 2014 and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). Upon consideration of the Application and the accompanying Declaration of Clifford A. Zucker in support thereof, and it appearing that CohnReznick professionals are qualified to provide financial advisory services to the Committee in this Chapter 11 case, and that CohnReznick does not hold or represent any interest adverse to the estate of the above-styled Debtor in the matters for which it is to be employed, and it further appearing that CohnReznick's employment as financial advisor to the Committee is necessary and in the best interests of the Debtor, its bankruptcy estate and its creditors,

It is hereby:

**ORDERED**, that the Application is granted as set forth herein; and it is further

**ORDERED**, that the Committee is authorized, pursuant to section 1103(b) of the Bankruptcy Code and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, to retain and employ CohnReznick as financial advisor to the Committee in the above-captioned Chapter 11 case *nunc pro tunc* to October 22, 2012; and it is further

**ORDERED**, that CohnReznick shall be compensated for professional services rendered and reimbursement of expenses and other charges incurred by CohnReznick in its capacity as financial advisor to the Committee upon the filing of a proper fee application in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of Bankruptcy Procedure, and Orders of this Court; and it is further

**ORDERED**, that the Committee is authorized and empowered to take all actions necessary to implement the relief granted in this Order; and it is further

**ORDERED**, that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

/ / /

/ / /

LA1 254847v1 10/26/12

**ORDERED**, that if there is any inconsistency between the terms of this Order, the Application and/or Declaration, the terms of this Order shall govern.

Dated: November 09, 2012

*[signature]*

Thomas C. Holman
United States Bankruptcy Judge