**FOX ROTHSCHILD LLP**
Michael A. Sweet (Bar No. 184345)
Dale L. Bratton (Bar No. 124328)
Avi E. Muhtar (Bar No. 260728)
235 Pine Street, Suite 1500
San Francisco, CA 94104-2734
Telephone:    (415) 364-5540
Facsimile:     (415) 391-4436
msweet@foxrothschild.com; dbratton@foxrothschild.com; amuhtar@foxrothschild.com

**LOWENSTEIN SANDLER PC**
Jeffrey D. Prol, Esq. (*pro hac* pending)
Wojciech F. Jung, Esq. (*pro hac* pending)
65 Livingston Avenue
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
jprol@lowenstein.com; wjung@lowenstein.com

Bruce S. Nathan, Esq. (*pro hac* pending)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
Facsimile: (973) 422-6851
bnathan@lowenstein.com

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| In re:<br><br>ZACKY FARMS, LLC, a California limited liability company,<br><br>Debtor. | Case No. 12-37961 (TCH)<br><br>DCN: FWP-1<br><br>Chapter 11 |
|---|---|

**ORDER APPROVING EMPLOYMENT AND RETENTION OF LOWENSTEIN SANDLER PC AS COUNSEL COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ZACKY FARMS, LLC *NUNC PRO TUNC* TO OCTOBER 18, 2012**

This matter is before the Court on the Application (the "Application") of the Official Committee of Unsecured Creditors of Zacky Farms, LLC (the "Committee") seeking entry of an order authorizing the Committee to retain and employ the law firm of Lowenstein Sandler PC ("Lowenstein" or the "Firm"), *nunc pro tunc* to October 18, 2012, as counsel to the Committee in the above-captioned case, pursuant to sections 105, 328(a) and 1103(a) of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq*. (the "Bankruptcy Code"), and Rules 2014 and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  Upon consideration of the Application and the accompanying Affidavit of Wojciech F. Jung in support thereof, and it appearing that Lowenstein consists of attorneys who are qualified to represent the Committee in this Chapter 11

RECEIVED
October 31, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004512699

case, and that Lowenstein does not hold or represent any interest adverse to the estate of the above-styled Debtor in the matters for which it is to be employed, and it further appearing that Lowenstein's employment as counsel for the Committee is necessary and in the best interests of the Debtor, its bankruptcy estate and its creditors,

It is hereby:

**ORDERED**, that the Application is granted as set forth herein; and it is further

**ORDERED,** that the Committee is authorized, pursuant to section 1103(b) of the Bankruptcy Code and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, to retain and employ Lowenstein as counsel for the Committee in the above-captioned Chapter 11 case *nunc pro tunc* to October 18, 2012; and it is further

**ORDERED**, that Lowenstein shall be compensated for professional services rendered and reimbursement of expenses and other charges incurred by Lowenstein in its capacity as counsel for the Committee upon the filing of a proper fee application in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of Bankruptcy Procedure, and Orders of this Court; and it is further

**ORDERED**, that the Committee is authorized and empowered to take all actions necessary to implement the relief granted in this Order; and it is further

**ORDERED**, that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

**ORDERED**, that if there is any inconsistency between the terms of this Order, the Application and/or Affidavit, the terms of this Order shall govern.

Dated: November 09, 2012

Thomas C. Holman
United States Bankruptcy Judge