# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Zacky Farms, LLC | **Case No :** | 12–37961 – B – 11 |
| | | **Date :** | 11/13/12 |
| | | **Time :** | 01:30 |

**Matter :** [247] – Motion/Application to Employ Imperial Capital as Investment Banker [FWP–13] Filed by Debtor Zacky Farms, LLC (lars)

**Judge :** Thomas Holman
**Courtroom Deputy :** Sheryl Arnold
**Reporter :** Diamond Reporters
**Department :** B

**APPEARANCES for :**
**Movant(s) :**
   Debtor(s) Attorney – Thomas A. Willoughby
   Debtor(s) Attorney – Donald Fitzgerald
(by phone)   Keith Cooper as CRO
**Respondent(s) :**
   Creditor's Attorney – Michael Sweet for unsecured creditors committee, Mark Gorton for Integrated Grain & Milling, Thomas Armstrong for Big Feather Ranch, et al (by phone), Walter Toong for Foster Farms (by phone), Craig Fry for Mid Valley Packaging (by phone), Jeffrey Prol for unsecured creditors committee (by phone), Todd Rosen for Robert D Zacky Trust (by phone), Brian Smith for Sharon Zacky Wilensky Trust (by phone), Alan Tippie for Western Milling (by phone), Jake Soberal for Harris Farms (by phone)

Findings of fact/conclusions of law stated orally on record

The motion is granted as modified on the record.

ORDER TO BE PREPARED BY :   Counsel for Debtor
ORDER TO BE APPROVED BY :   Michael Sweet