1  DONALD W. FITZGERALD, State Bar No. 095348
   THOMAS A WILLOUGHBY, State Bar No. 137597
2  JENNIFER E. NIEMANN, State Bar No. 142151
   FELDERSTEIN FITZGERALD
3  WILLOUGHBY & PASCUZZI LLP
   400 Capitol Mall, Suite 1750
4  Sacramento, CA  95814
   Telephone: (916) 329-7400
5  Facsimile: (916) 329-7435
   dfitzgerald@ffwplaw.com
6  twilloughby@ffwplaw.com
   jniemann@ffwplaw.com
7
   Attorneys for Zacky Farms, LLC
8

9                    UNITED STATES BANKRUPTCY COURT

10                    EASTERN DISTRICT OF CALIFORNIA

11                         SACRAMENTO DIVISION

12 | In re:                                    | CASE NO. 12-37961-B-11
13 | ZACKY FARMS, LLC, a                       | DCN: FWP-20
   | California limited liability
14 | company,                                  | **[No Hearing Requested or Required]**
15 |     Debtor-In-Possession.

16                            **PROOF OF SERVICE**

17      I, Lori N. McCleerey, declare:

18      I am a resident of the State of California and over the age of eighteen years, and not a

19 party to the within action; my business address is 400 Capitol Mall, Suite 1750, Sacramento, CA

20 95814-4434.  On December 27, 2012, I served the within documents:

21      **DEBTOR'S AMENDED APPLICATION PURSUANT TO SECTION 327(e) OF
        THE BANKRUPTCY CODE FOR AN ORDER AUTHORIZING THE
22      DEBTOR TO RETAIN AND EMPLOY KING & SPALDING LLP AS
        SPECIAL TRANSACTIONS COUNSEL EFFECTIVE NOVEMBER 28, 2012**
23

24      **[PROPOSED] ORDER PURSUANT TO SECTION 327(e) OF THE
        BANKRUPTCY CODE AUTHORIZING THE DEBTOR TO RETAIN AND
25      EMPLOY KING & SPALDING LLP AS SPECIAL TRANSACTIONS COUNSEL**

26

27

28

                                   -1-                       PROOF OF SERVICE

| | |
|---|---|
| ☑ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California, addressed as set forth below. |

***See Attached List***

*and*

| | |
|---|---|
| ☑ | by transmitting electronically the listed document(s) to the email addresses set forth below on this date. |

keith.cooper@fticonsulting.com; sean.harding@fticonsulting.com; Jennifer.Byrne@fticonsulting.com; rnzacky@zacky.com; szacky@covad.net; rpachulski@pszjlaw.com; al.c.massey@usdoj.gov; dressel@chapman.com; gclore@chapman.com; gharkins@reiser.com; Thomas.walper@mto.com; Todd.Rosen@mto.com; MaryAnn.Todd@mto.com; rgerger@mckoolsmithhennigan.com; rdorman@mckoolsmithhennigan.com; pmcmanemin@pattonboggs.com; crefuerzo@bakermanock.com; askDOJ@usdoj.gov; rileywalter@W2LG.com; MGorton@boutinjones.com; meversden@mcgrathnorth.com; jprol@lowenstein.com; jerome.davis@fticonsulting.com; mkilgore@up.com; sdlanka@up.com; pmcmanemin@pattonboggs.com; rwjones@pattonboggs.com; jprol@lowenstein.com; CashManagementCustSvc@bankofthewest.com; stephen.hollis@baml.com; cbf@lrplaw.net; seb@blakeleyllp.com; jbender@babc.com; wjung@lowenstein.com; bnathan@lowenstein.com; msweet@foxrothschild.com; dbratton@foxrothschild.com; amuhtar@foxrothschild.com; atippie@sulmeyerlaw.com; Daniel.Harris@mto.com; lawoffice5250@sbcglobal.net; drallis@sulmeyerlaw.com; agonzalez@sulmeyerlaw.com; stacy.scott@simengco.com; lcisz@nixonpeabody.com; gfornario@nixonpeabody.com; robert.klyman@lw.com; kathryn.bowman@lw.com; kdwbankruptcydepartment@kelleydrye.com; jsterling@darlingii.com; mlehman@pssi.com; kdenniston@schiffhardin.com; cbridwell@schiffhardin.com; tnauful@hsblawfirm.com; mfletcher@wjhattorneys.com; pferdinands@kslaw.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 27, 2012, at Sacramento, California.

                                      */s/ Lori N. McCleerey*
                                      Lori N. McCleerey

PROOF OF SERVICE

| | | |
|---|---|---|
| *In re Zacky Farms, LLC*<br>**Case No. 12-37961** | Zacky Farms, LLC<br>1111 Navy Street<br>Stockton, CA 95206 | Zacky Farms, LLC<br>Attn: Keith F. Cooper<br>2020 S. East Ave.<br>Fresno, CA 93721 |
| Wells Fargo Wholesale Banking<br>Attn: Steve Dobel, SVP<br>MAC: A0109-030<br>333 Market Street, 3rd Floor<br>San Francisco, CA 94105 | Robert D. Zacky and Lillian D. Zacky<br>Trust dated 7/26/88<br>1010 Moraga Drive<br>Los Angeles CA 90049 | <u>Counsel for Allied Electric Motor Service Inc.</u><br>Pascuzzi, Moore & Stoker<br>Attn: Glen Gates<br>2377 W. Shaw Ave., Ste. 201<br>Fresno, CA 93711 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Office of the Attorney General<br>1300 "I" Street<br>Sacramento, CA 95814-2919 | US EPA Region 9 Bankruptcy Contact<br>Office of the Regional Counsel ORC-3<br>75 Hawthorne St.<br>San Francisco, CA 94105 |
| United States Attorney<br>Civil Process Clerk<br>501 I St Ste 10-100<br>Sacramento, CA 95814 | Consumer Law Section, Attn: Bankruptcy Notices<br>California Attorney General's Office<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004 | State of California<br>Division of Occupational Safety and Health<br>1515 Clay Street, Suite 1901<br>Oakland, CA 94612 |
| United States Attorney<br>(For US Food and Drug Administration)<br>501 I St Ste 10-100<br>Sacramento, CA 95814 | California Dept. of Food & Agriculture<br>Animal Health & Food Safety Services<br>Meat, Poultry, and Egg Safety Branch<br>1220 N Street<br>Sacramento, CA 95814 | State of California Dept. of Industrial Relations<br>Office of Self Insurance Plans<br>2265 Watt Ave., Ste. 1<br>Sacramento, CA 95825 |
| <u>Counsel for Mike Kubar dba TJK Trucking</u><br>Glenn E. Gates<br>Pascuzzi, Moore & Stoker<br>2377 West Shaw Avenue, Suite 201<br>Fresno, CA 93711 | Morton Salt, Inc.<br>Attn: R.S. Dexheimer, Area Credit Manager<br>123 North Wacker Drive<br>Chicago IL 60606-1743 | State of California<br>Labor and Workforce Development Agency<br>Attn: 2699 Claims DOSH<br>800 Capitol Mall, MIC-55<br>Sacramento, CA 95814 |