DONALD W. FITZGERALD, State Bar No. 095348
THOMAS A WILLOUGHBY, State Bar No. 137597
JENNIFER E. NIEMANN, State Bar No. 142151
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
dfitzgerald@ffwplaw.com
twilloughby@ffwplaw.com
jniemann@ffwplaw.com

Attorneys for Zacky Farms, LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| In re:<br><br>ZACKY FARMS, LLC, a California limited liability company,<br><br>Debtor-In-Possession. | CASE NO. 12-37961-B-11<br><br>DCN: FWP-27<br><br>Date:      March 5, 2013<br>Time:     9:32 a.m.<br>Courtroom: 32<br>501 I Street, 6th Floor<br>Sacramento, CA |
|---|---|

**AMENDED EXHIBIT TO DEBTOR'S FIRST OMNIBUS MOTION TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

| Exhibit | Description |
|---|---|
| A | Contracts to be rejected |

Dated: March 5, 2013

                        FELDERSTEIN FITZGERALD
                        WILLOUGHBY & PASCUZZI LLP

                        By: */s/ Thomas A. Willoughby*
                        THOMAS A. WILLOUGHBY
                        Attorneys for Zacky Farms, LLC

EXHIBIT A- CONTRACTS TO BE REJECTED

| Counterparty | Description | Type | Contract Date |
|---|---|---|---|
| Arvance Ranch Inc. | Turkey Growing Agreement | Grower | 5/11/12 |
| A & F Exports, Inc. | Hold Harmless Agreement and Guaranty/Warranty of Product | Other | 2/16/12 |
| Brett Hopkins | Confidentiality Agreement | Other | 10/6/08 |
| Central Valley Trailer Repair, Inc. | Zacky Rolling Stock Maintenance Agreement | Other | 7/23/10 |
| Comdata Network, Inc. | Comdata Transportation Services Standard Customer Agreement | Other | 3/12/07 |
| CSI International Inc. | Statement of Work | Other | 5/4/11 |
| David Whiteside Consulting Solutions, Inc. | Service Agreement | Other | 3/1/12 |
| Distribution Plus Incorporated (DPI) | DPI Pure Food Guaranty and Indemnification Agreement | Other | 3/2/10 |
| Dr. Mohammad Azam | Confidentiality Agreement | Other | 9/2/11 |
| Dr. Mohammad Azam | Consulting Fee Rates for Dr. Azam | Other | 9/30/11 |
| Dr. Mohammad Azam | Hold Harmless Agreement | Other | 9/2/11 |
| Greenfield Ag Services | Labor Contractor Agreement | Other | 4/6/12 |
| Halal Transactions Inc. | Agreement of Halal Certification | Other | 8/20/00 |
| James D. Sanford | Confidentiality Agreement | Other | 3/2/11 |
| James D. Sanford | Consulting Agreement | Other | 10/25/11 & 5/7/12 |
| James Sanford | Hold Harmless Agreement | Other | 3/8/11 |
| Jetro Holdings, Incorporated | Continuing Pure Food Guaranty | Other | Not Dated |
| Jetro Holdings, Incorporated | Vendor Agreement | Other | Not Dated |
| Mountain View Cold Storage, LLC | Grower-Storage Agreement | Other | 9/16/12 |
| Newport Meat Company | Hold Harmless Agreement and Guaranty/Warranty of Product | Other | 9/21/09 |
| Nicolas & Co., Inc. | Continuing Guarantee and Indemnity Agreement | Other | 3/11/11 |
| One Network | One Network Member Agreement | Other | Not Dated |
| Porky Products, Inc. | Indemnification and Product Warranty Agreement | Other | 9/19/12 |
| R.W. Zant Company | Hold Harmless Agreement and Guaranty/Warranty of Product | Other | 8/10/12 |
| Sherwood Food Distributors | Continuing Warranty and Indemnity Agreement | Other | 5/11/06 |
| Silliker, Food Safety & Quality Solutions | Letter; Testing Proposal for Environmental Monitoring | Other | 10/30/08 |
| Sonitrol of Fresno | Limited Performance Warranty | Other | Not Dated |
| Southwest Patrol Inc. | Security Agreement | Other | 6/28/12 |
| Southwest Patrol, Inc. | Hold Harmless Agreement | Other | 6/20/12 |
| Sysco Corporation and/or its Affiliates | Hold Harmless Agreement and Guaranty/Warranty of Product | Other | 9/21/11 |
| The Kroger Co. | Hold Harmless Agreement and Continuing Guaranty | Other | 2/1/11 |
| The Steritech Group, Inc. | Product/Equipment Sales Agreement | Other | 8/7/12 |
| Tyson Foods, Inc. | Pure Food Guaranty and Indemnification Agreement | Other | 4/22/11 |
| U.S Foodservice, Inc. | Vendor Agreement | Other | 2/18/11 |

| Counterparty | Description | Type | Contract Date |
|---|---|---|---|
| UniFirst | Customer Service Agreement | Other | 7/9/07 |
| Unisource | Confidentiality Agreement | Other | 8/16/10 |
| Unisource | Hold Harmless Agreement | Other | 3/8/11 |
| Viskase Companies, Inc. | Confidentiality Agreement | Other | 8/18/10 |
| Viskase Companies, Inc. | Hold Harmless Agreement | Other | 3/8/11 |
| West Liberty | Continuing Product Guarantee | Other | 10/31/11 |
| Coast to Coast Business Equipment, Inc. | Purchase Order re: Preventative Maintenance on Toshiba Copier at 13200 Crossroads Pkwy N, Ste. 250, City of Industry, CA | Supply | 7/20/12 |
| Dae Sun Park | Poult Services Agreement | Supply | 6/1/08 |
| Environmental Control | Invoice re: Monthly Maintenance at Various Locations | Supply | 1/1/02 |
| Guardsmark, GP | Agreement | Supply | 6/1/11 |
| Kaiser's Contract Cleaning Specialists, Inc. | Sanitation Contract | Supply | 10/4/08 |
| Packers Sanitation Services, Inc. Ltd | Sanitation Contract (Fresno) | Supply | 7/20/12 |
| Packers Sanitation Services, Inc. Ltd. | Sanitation Contract (Stockton) | Supply | 6/30/11 |
| Prudential Overall Supply | Purchase Order re: Service of Floor Mats at 2222S. East Ave. | Supply | 12/5/11 |
| Prudential Overall Supply | Service Rental Agreement | Supply | 11/14/07 |
| Steritech | Pest Prevention Service Agreement re: 1111 Navy Drive, Stockton, CA | Supply | 7/27/10, as amended 6/11/11 |
| Steritech | Pest Prevention Service Agreement re: 2222 S. East Ave., Fresno, CA | Supply | 4/12/10 |
| Zoom Imaging Solutions | Purchase Order re: Preventative Maintenance on Toshiba Copier at 2222 S. East Ave (Human Resources Office) | Supply | 7/31/12 |
| Zoom Imaging Solutions | Purchase Order re: Preventative Maintenance on Toshiba Copier at 2020 S. East Ave. (Purchasing Department) | Supply | 7/20/12 |
| Zoom Imaging Solutions | Purchase Order re: Preventative Maintenance on Toshiba Copier at 2020 S. East Ave. | Supply | 2/23/12 |
| Zoom Imaging Solutions | Purchase Order re: Preventative Maintenance on Toshiba Copier at 2950 E. California Ave (QA Machine - Supervisor's Office) | Supply | 4/25/12 |
| Zoom Imaging Solutions | Purchase Order re: Preventative Maintenance on Toshiba Copier at 2950 E. California Ave (Transportation Trailer) | Supply | 2/2/11 |
| Zoom Imaging Solutions | Purchase Order re: Preventative Maintenance on Toshiba Copier at 2020 S. East Ave. (Breeder Dept.) | Supply | 9/25/12 |