DONALD W. FITZGERALD, State Bar No. 095348
THOMAS A WILLOUGHBY, State Bar No. 137597
JENNIFER E. NIEMANN, State Bar No. 142151
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
dfitzgerald@ffwplaw.com
twilloughby@ffwplaw.com
jniemann@ffwplaw.com

Attorneys for Zacky Farms, LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>ZACKY FARMS, LLC, a California limited liability company,<br><br>          Debtor-In-Possession. | CASE NO. 12-37961-B-11<br><br>DCN: FWP-19<br><br>Date:     March 26, 2013<br>Time:    9:32 a.m.<br>Courtroom: 32<br>501 I Street, 6th Floor<br>Sacramento, CA |

**EXHIBITS TO SECOND NOTICE OF (1) DESIGNATION OF OTHER CONTRACTS TO BE ASSUMED AND (2) EVIDENCE IN SUPPORT OF FINDING OF ADEQUATE ASSURANCE OF FUTURE PERFORMANCE**

| Exhibit | Description |
|---|---|
| A | Contracts Being Assumed |
| B | Declaration of Lillian Zacky Related to Adequate Assurance of Future Performance in Respect to Designated Assumed Contracts filed on February 7, 2013 as Docket No. 976 |

Dated: March 12, 2013

                                                FELDERSTEIN FITZGERALD
                                                WILLOUGHBY & PASCUZZI LLP


                                                */s/ Thomas A. Willoughby*
                                                THOMAS A. WILLOUGHBY
                                                Attorneys for Zacky Farms, LLC

# EXHIBIT A

# EXHIBIT A

## OTHER CONTRACTS BEING ASSUMED

| Vendor Name | Type | Contract Date | Cure Amount |
|---|---|---|---|
| Adecco | Staffing Supplier Agreement | 11/10/05 | $0.00 |
| Cargill Meat Solutions | Continuing Guaranty and Indemnification | 8/23/11 | $0.00 |
| Carl Buddig and Co. | Continuing Product Guarantee Indemnity Agreement | 10/1/12 | $0.00 |
| Carl Buddig and Co. | Supplier Products Requirements | 10/1/12 | $0.00 |
| City of Fresno | Improvement Agreement | 2/26/03 | $0.00 |
| Data Burst Technologies, Inc. | iTRAK Order Form | 6/29/07 | $0.00 |
| Fiore Di Pasta, Inc. | Warehouse Receipt and Storage Contract and Hold Harmless Agreement | 2/14/11 | $0.00 |
| Foster Farms, Inc. | Shared Services Agreement | March 2001 | $2,273,143.19 |
| Foster Farms, Inc. | Trademark Licensing Agreement and related obligations | March 2001 | $0.00 |
| Grayrose Marketing Group, Inc. | Confidentiality Agreement | 1/12/12 | $0.00 |
| Grayrose Marketing Group, Inc. dba Country Comfort Foods | Hold Harmless Agreement and Guaranty/Warranty of Product; Manufacturing Agreement | 1/12/12 | $0.00 |
| INFOR Global, successor to Computer Associates International, Inc. | License Agreement | 9/30/1998 | $0.00 |
| M. Reyes Ag. | Labor Contractor Agreement | 7/31/06 | $0.00 |
| Manhattan Associates, LLC | License Agreement | 7/30/96 | $0.00 |
| Matrix Imaging Products | Purchase Order re: Software, License, RF Terminal, etc. | 10/4/12 | $0.00 |
| MD Risk Management Solutions | Service Agreement for Medical Management Services | 8/1/11 | $0.00 |
| Meadowbrook Meat Company, Inc. d/b/a MBM Corporation | Supplier Agreement | 9/20/10 | $0.00 |
| Newly Weds Foods, Inc. | Floor Stock Agreement | 5/25/05 | $0.00 |
| Nexus, Integration Services | Service Agreement | 10/27/09 | $240.00 |
| Nova-Tech Engineering LLC | Nova-Tech Poultry Services Processor Lease and Limited Lease Agreement | 11/8/11 | $6,840.94 |
| Nova-Tech Engineering, Inc. | Agreement | 10/19/00 | [Amount above is outstanding across all contracts.] |
| Nova-Tech Engineering, Inc. | Nova-Tech Declawing System Lease and Limited License Agreement | 3/12/99 | [Amount above is outstanding across all contracts.] |
| Olympic Compactor Rentals, Inc. | Olympic Compactor Rental Agreement | 11/28/94 | $460.06 |
| PMV Farm Labor Services | Labor Contractor Agreement | 7/23/06 | $0.00 |

| Vendor Name | Type | Contract Date | Cure Amount |
|---|---|---|---|
| Renberg - Trogdon & Cavale Insurance Services | Business Associate Agreement | 11/1/10 | $0.00 |
| Renberg - Trogdon & Cavale Insurance Services | Insurance Broker Consulting Agreement | 11/1/10, as amended 9/28/12 | $0.00 |
| The Spectrum Group | Poultry Manure Sales and Services Agreement | 3/1/12 | $4,875.00 |
| Trader Joe's Company | Master Vendor Agreement | 3/23/10 | $0.00 |
| Trebron Company, Inc. | Software Agreement | 9/15/10 | $4,330.00 |
| UFCW Local 8 | Subcontracting Fresno Sanitation Classification to Outside Sanitation Contractor | 7/11/12 | $0.00 |
| Wavelink | License Agreement |  | $0.00 |

# EXHIBIT B

DONALD W. FITZGERALD, State Bar No. 095348
THOMAS A WILLOUGHBY, State Bar No. 137597
JENNIFER E. NIEMANN, State Bar No. 142151
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
dfitzgerald@ffwplaw.com
twilloughby@ffwplaw.com
jniemann@ffwplaw.com

Attorneys for Zacky Farms, LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>ZACKY FARMS, LLC, a<br>California limited liability<br>company,<br><br>Debtor-In-Possession. | CASE NO. 12-37961-B-11<br><br>DCNs: FWP-16, FWP-17, FWP-18 and FWP-19<br><br>Date: February 20, 2013<br>Time: 2:00 p.m.<br>Courtroom: 32<br>501 I Street, 6th Floor<br>Sacramento, CA |

**DECLARATION OF LILLIAN D. ZACKY RELATED TO ADEQUATE ASSURANCE OF FUTURE PERFORMANCE IN RESPECT TO DESIGNATED ASSUMED CONTRACTS**

I, Lillian D. Zacky, hereby declare as follows:

1. I am the Trustee of the Robert D. Zacky and Lillian D. Zacky Trust dated July 26, 1988 (the "Zacky Trust"), the proposed purchaser of substantially all of the assets of Zacky Farms, LLC ("Debtor"). Unless otherwise noted herein, I make this Declaration from my own personal knowledge and would and could competently testify thereto.

2. I submit this declaration in support of the motions of the Debtor to assume and assign certain contracts and nonresidential real property leases as part of a sale of substantially all of its assets free and clear of liens, claims, encumbrances and other interests to the Zacky Trust

("Buyer") pursuant to the terms and conditions of that certain Asset Purchase Agreement, dated February 6, 2013 (together with all exhibits and schedules as may be further amended, the "Agreement"), and particularly as to the adequate assurance of future performance of the Buyer in respect to the Assumed Contracts.[1] Specifically:

    a.    (FWP-16) Motion for Authority to Assume and Assign Certain Unexpired Nonresidential Real Property Leases in Connection with the Proposed Sale of Substantially All of the Debtor's Assets;

    b.    (FWP-17) Motion for Authority to Assume and Assign Certain Grower Contracts in Connection with the Proposed Sale of Substantially All of the Debtor's Assets;

    c.    (FWP-18) Motion for Authority to Assume and Assign Certain Supply Contracts in Connection with the Proposed Sale of Substantially All of the Debtor's Assets; and

    d.    (FWP-19) Motion for Authority to Assume and Assign Certain Unexpired Other Executory Contracts and Leases in Connection with the Proposed Sale of Substantially All of the Debtor's Assets.

3.    In my capacity as Trustee of the Zacky Trust, I was responsible for the negotiation of the Agreement and am responsible for the implementation and performance of the Zacky Trust as the Buyer under the Agreement.

4.    The Zacky Trust is a 50% member of the Debtor. The Zacky Trust, as assignee of Wells Fargo Bank, National Association asserts a security interest in the Debtor's accounts receivables, goods, inventory, equipment and other assets as described in several security agreements and a UCC-1 financing statement filed on November 17, 2009. The Zacky Trust also asserts a security interest as the post-petition lender to secure the DIP Facility as set forth in the Final Order Approving the DIP Facility (Dkt. No. 292) and incorporated herein by reference.

5.    The Zacky Trust has the ability to close on the proposed purchase of the Acquired Assets as set forth in the Agreement, and to provide the requisite "adequate assurance of future performance" to parties whose executory contracts and unexpired leases will be assumed by the Debtor and assigned to the Buyer as of the Closing Date. Pursuant to the Agreement, the Buyer is

---

[1] All Capitalized terms not defined herein have the meaning set forth in the Asset Purchase Agreement.

DECLARATION OF LILLIAN D. ZACKY
IN SUPPORT OF ADEQUATE ASSURANCE

purchasing substantially all of the assets of the Debtor. Buyer is assuming only leases that are profitable and essential to the operation of the business and based on the new Business Plan it is established there will be adequate funds to make lease payments on a timely basis. To the extent additional funds are needed, Buyer has adequate funds to fund as necessary. Accordingly, the Buyer has demonstrated the financial credibility, willingness, and ability to perform its obligations under each of the executory contracts and unexpired leases that may be designated as Assumed Contracts pursuant to the terms of the Agreement.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 7, 2013 at Los Angeles, California.

*/s/ Lillian D. Zacky*
LILLIAN D. ZACKY