DONALD W. FITZGERALD, State Bar No. 095348
THOMAS A WILLOUGHBY, State Bar No. 137597
JENNIFER E. NIEMANN, State Bar No. 142151
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
dfitzgerald@ffwplaw.com
twilloughby@ffwplaw.com
jniemann@ffwplaw.com

Proposed Attorneys for Zacky Farms, LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>ZACKY FARMS, LLC, a California limited liability company,<br><br>Debtor-In-Possession. | CASE NO. 12-37961-B-11<br><br>DCN: FWP-27<br><br>Date: March 5, 2013<br>Time: 9:32 a.m.<br>Courtroom: 32<br>501 I Street, 6th Floor<br>Sacramento, CA |

**ORDER GRANTING DEBTOR'S FIRST OMNIBUS MOTION TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

The motion of Zacky Farms, LLC, Debtor and Debtor in Possession (the "Debtor") seeking entry of an order authorizing the debtor to reject certain executory contracts and unexpired leases (the "Motion"), came on for hearing on March 5, 2013, at 9:32 a.m., in Courtroom 32 of the United States Bankruptcy Court for the Eastern District of California. Appearances were noted on the record.

Based upon the Motion, the Declaration of Sean M. Harding in support of the Motion, and any other relevant papers filed in connection with the Motion, arguments of counsel appearing at the hearing on the Motion, and findings of fact and conclusions of law stated on the record; the Court having found that due notice of the Motion was properly served on all parties and is sufficient under the circumstances and that no other or further notice need be provided;

RECEIVED
March 05, 2013
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004688868

-1-

ORDER GRANTING DEBTOR'S MOTION
FOR AUTHORITY TO REJECT
EXECUTORY CONTRACTS

and the Court having determined that the relief sought in the Motion is in the best interests of the Debtor, its estate and all parties in interest, and for good and sufficient cause appearing,

T IS HEREBY ORDERED that:

1.   The Motion (docket no. 1114) as provided herein is GRANTED.

2.   The Debtor is authorized to reject the Contracts listed on Exhibit A effective immediately after the close of the Sale.

Dated: March 25, 2013

*Thomas C. Holman*
United States Bankruptcy Judge

ORDER GRANTING DEBTOR'S MOTION
FOR AUTHORITY TO REJECT
EXECUTORY CONTRACTS

EXHIBIT A- CONTRACTS TO BE REJECTED

| Counterparty | Description | Type | Contract Date |
|---|---|---|---|
| Arvance Ranch Inc. | Turkey Growing Agreement | Grower | 5/11/12 |
| A & F Exports, Inc. | Hold Harmless Agreement and Guaranty/Warranty of Product | Other | 2/16/12 |
| Brett Hopkins | Confidentiality Agreement | Other | 10/6/08 |
| Central Valley Trailer Repair, Inc. | Zacky Rolling Stock Maintenance Agreement | Other | 7/23/10 |
| Comdata Network, Inc. | Comdata Transportation Services Standard Customer Agreement | Other | 3/12/07 |
| CSI International Inc. | Statement of Work | Other | 5/4/11 |
| David Whiteside Consulting Solutions, Inc. | Service Agreement | Other | 3/1/12 |
| Distribution Plus Incorporated (DPI) | DPI Pure Food Guaranty and Indemnification Agreement | Other | 3/2/10 |
| Dr. Mohammad Azam | Confidentiality Agreement | Other | 9/2/11 |
| Dr. Mohammad Azam | Consulting Fee Rates for Dr. Azam | Other | 9/30/11 |
| Dr. Mohammad Azam | Hold Harmless Agreement | Other | 9/2/11 |
| Greenfield Ag Services | Labor Contractor Agreement | Other | 4/6/12 |
| Halal Transactions Inc. | Agreement of Halal Certification | Other | 8/20/00 |
| James D. Sanford | Confidentiality Agreement | Other | 3/2/11 |
| James D. Sanford | Consulting Agreement | Other | 10/25/11 & 5/7/12 |
| James Sanford | Hold Harmless Agreement | Other | 3/8/11 |
| Jetro Holdings, Incorporated | Continuing Pure Food Guaranty | Other | Not Dated |
| Jetro Holdings, Incorporated | Vendor Agreement | Other | Not Dated |
| Mountain View Cold Storage, LLC | Grower-Storage Agreement | Other | 9/16/12 |
| Newport Meat Company | Hold Harmless Agreement and Guaranty/Warranty of Product | Other | 9/21/09 |
| Nicolas & Co., Inc. | Continuing Guarantee and Indemnity Agreement | Other | 3/11/11 |
| One Network | One Network Member Agreement | Other | Not Dated |
| Porky Products, Inc. | Indemnification and Product Warranty Agreement | Other | 9/19/12 |
| R.W. Zant Company | Hold Harmless Agreement and Guaranty/Warranty of Product | Other | 8/10/12 |
| Sherwood Food Distributors | Continuing Warranty and Indemnity Agreement | Other | 5/11/06 |
| Silliker, Food Safety & Quality Solutions | Letter; Testing Proposal for Environmental Monitoring | Other | 10/30/08 |
| Sonitrol of Fresno | Limited Performance Warranty | Other | Not Dated |
| Southwest Patrol Inc. | Security Agreement | Other | 6/28/12 |
| Southwest Patrol, Inc. | Hold Harmless Agreement | Other | 6/20/12 |
| Sysco Corporation and/or its Affiliates | Hold Harmless Agreement and Guaranty/Warranty of Product | Other | 9/21/11 |
| The Kroger Co. | Hold Harmless Agreement and Continuing Guaranty | Other | 2/1/11 |
| The Steritech Group, Inc. | Product/Equipment Sales Agreement | Other | 8/7/12 |
| Tyson Foods, Inc. | Pure Food Guaranty and Indemnification Agreement | Other | 4/22/11 |
| U.S Foodservice, Inc. | Vendor Agreement | Other | 2/18/11 |

| Counterparty | Description | Type | Contract Date |
|---|---|---|---|
| UniFirst | Customer Service Agreement | Other | 7/9/07 |
| Unisource | Confidentiality Agreement | Other | 8/16/10 |
| Unisource | Hold Harmless Agreement | Other | 3/8/11 |
| Viskase Companies, Inc. | Confidentiality Agreement | Other | 8/18/10 |
| Viskase Companies, Inc. | Hold Harmless Agreement | Other | 3/8/11 |
| West Liberty | Continuing Product Guarantee | Other | 10/31/11 |
| Coast to Coast Business Equipment, Inc. | Purchase Order re: Preventative Maintenance on Toshiba Copier at 13200 Crossroads Pkwy N, Ste. 250, City of Industry, CA | Supply | 7/20/12 |
| Dae Sun Park | Poult Services Agreement | Supply | 6/1/08 |
| Environmental Control | Invoice re: Monthly Maintenance at Various Locations | Supply | 1/1/02 |
| Guardsmark, GP | Agreement | Supply | 6/1/11 |
| Kaiser's Contract Cleaning Specialists, Inc. | Sanitation Contract | Supply | 10/4/08 |
| Packers Sanitation Services, Inc. Ltd | Sanitation Contract (Fresno) | Supply | 7/20/12 |
| Packers Sanitation Services, Inc. Ltd. | Sanitation Contract (Stockton) | Supply | 6/30/11 |
| Prudential Overall Supply | Purchase Order re: Service of Floor Mats at 2222S. East Ave. | Supply | 12/5/11 |
| Prudential Overall Supply | Service Rental Agreement | Supply | 11/14/07 |
| Steritech | Pest Prevention Service Agreement re: 1111 Navy Drive, Stockton, CA | Supply | 7/27/10, as amended 6/11/11 |
| Steritech | Pest Prevention Service Agreement re: 2222 S. East Ave., Fresno, CA | Supply | 4/12/10 |
| Zoom Imaging Solutions | Purchase Order re: Preventative Maintenance on Toshiba Copier at 2222 S. East Ave (Human Resources Office) | Supply | 7/31/12 |
| Zoom Imaging Solutions | Purchase Order re: Preventative Maintenance on Toshiba Copier at 2020 S. East Ave. (Purchasing Department) | Supply | 7/20/12 |
| Zoom Imaging Solutions | Purchase Order re: Preventative Maintenance on Toshiba Copier at 2020 S. East Ave. | Supply | 2/23/12 |
| Zoom Imaging Solutions | Purchase Order re: Preventative Maintenance on Toshiba Copier at 2950 E. California Ave (QA Machine - Supervisor's Office) | Supply | 4/25/12 |
| Zoom Imaging Solutions | Purchase Order re: Preventative Maintenance on Toshiba Copier at 2950 E. California Ave (Transportation Trailer) | Supply | 2/2/11 |
| Zoom Imaging Solutions | Purchase Order re: Preventative Maintenance on Toshiba Copier at 2020 S. East Ave. (Breeder Dept.) | Supply | 9/25/12 |