DONALD W. FITZGERALD, State Bar No. 095348
THOMAS A WILLOUGHBY, State Bar No. 137597
JENNIFER E. NIEMANN, State Bar No. 142151
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
dfitzgerald@ffwplaw.com
twilloughby@ffwplaw.com
jniemann@ffwplaw.com

Attorneys for Zacky Farms, LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>ZACKY FARMS, LLC, a California limited liability company,<br><br>Debtor-In-Possession. | CASE NO. 12-37961-B-11<br><br>DCN: FWP-50<br><br>Date: April 2, 2013<br>Time: 9:32 a.m.<br>Courtroom: 32<br>501 I Street, 6th Floor<br>Sacramento, CA |

**ORDER GRANTING DEBTOR'S MOTION TO (1) MODIFY ORDER RE FIRST OMNIBUS MOTION TO REJECT CERTAIN EXECUTORY CONTRACTS AND (2) PERMIT ASSUMPTION AND ASSIGNMENT OF PREVIOUSLY REJECTED EXECUTORY CONTRACTS**

The motion of Zacky Farms, LLC, Debtor and Debtor in Possession (the "Debtor") seeking entry of an order (1) modifying the Court's oral order authorizing the Debtor to reject certain executory contracts [docket no. 1370] (the "Rejection Order") and (2) permit the assumption and assignment of certain previously rejected executory contracts (the "Motion"), came on for hearing on April 2, 2013, at 9:30 a.m., in Courtroom 32 of the United States Bankruptcy Court for the Eastern District of California. Thomas A. Willoughby appeared on behalf of the Debtor. Other appearances were noted on the record.

Based on the Motion, the Declaration of Sean Harding in Support of the Motion, and any relevant papers filed in connection with the Motion, arguments of counsel appearing at the hearing on the Motion, and findings of fact and conclusions of law stated on the record; the

-1-

RECEIVED
April 11, 2013
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004744032

Court having found that due notice of the Motion was properly served on all parties and is sufficient under the circumstances and that no other notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtor, its estate and all parties in interest, and for good and sufficient cause appearing,

IT IS HEREBY ORDERED that:

1. The Motion [docket no. 1323] as provided herein is GRANTED.

1. The Rejection Order is modified to remove from the Rejection Order the Contracts identified on Exhibit A hereto;

2. The Debtor is authorized to assume the Contracts identified on Exhibit A and assign the Contracts to the Zacky Trust;

3. The Cure Amounts that must be paid to a Counterparty of a Contract is fixed to be the Cure Amount listed on Exhibit A;

4. The Zacky Trust shall pay the Cure Amounts within three business days after the entry of this order;

5. The Court has determined that there has been an adequate showing of the ability of the Zacky Trust to provide adequate assurance of future performance under the Contracts to be assumed by the Debtor and assigned to the Zacky Trust; and

2. The 14-day stay under Bankruptcy Rule 6006(d) is waived and the order permitting the assumption and assignment of the Contracts is deemed effective immediately upon its entry.

Dated: April 17, 2013

Thomas C. Holman
United States Bankruptcy Judge

EXHIBIT A - CONTRACTS TO BE ASSUMED AND ASSIGNED

| Counterparty | Description | Type | Contract Date | Cure Amount |
|---|---|---|---|---|
| A & F Exports, Inc. | Hold Harmless Agreement and Guaranty/Warranty of Product | Other | 2/16/12 | $0.00 |
| Brett Hopkins | Confidentiality Agreement | Other | 10/6/08 | $0.00 |
| Distribution Plus Incorporated (DPI) | DPI Pure Food Guaranty and Indemnification Agreement | Other | 3/2/10 | $0.00 |
| Dr. Mohammad Azam | Confidentiality Agreement | Other | 9/2/11 | $0.00 |
| Dr. Mohammad Azam | Hold Harmless Agreement | Other | 9/2/11 | $0.00 |
| Halal Transactions Inc. | Agreement of Halal Certification | Other | 8/20/00 | $2,647.20 |
| James D. Sanford | Confidentiality Agreement | Other | 3/2/11 | $0.00 |
| James D. Sanford | Consulting Agreement | Other | 10/25/11 & 5/7/12 | $40,513.22 |
| James Sanford | Hold Harmless Agreement | Other | 3/8/11 | $0.00 |
| Jetro Holdings, Incorporated | Continuing Pure Food Guaranty | Other | Not Dated | $0.00 |
| Jetro Holdings, Incorporated | Vendor Agreement | Other | Not Dated | $6,044.48 |
| Newport Meat Company | Hold Harmless Agreement and Guaranty/Warranty of Product | Other | 9/21/09 | $0.00 |
| Nicolas & Co., Inc. | Continuing Guarantee and Indemnity Agreement | Other | 3/11/11 | $0.00 |
| Porky Products, Inc. | Indemnification and Product Warranty Agreement | Other | 9/19/12 | $0.00 |
| R.W. Zant Company | Hold Harmless Agreement and Guaranty/Warranty of Product | Other | 8/10/12 | $0.00 |
| Sherwood Food Distributors | Continuing Warranty and Indemnity Agreement | Other | 5/11/06 | $0.00 |
| Sysco Corporation and/or its Affiliates | Hold Harmless Agreement and Guaranty/Warranty of Product | Other | 9/21/11 | $0.00 |
| The Kroger Co. | Hold Harmless Agreement and Continuing Guaranty | Other | 2/1/11 | $0.00 |
| Tyson Foods, Inc. | Pure Food Guaranty and Indemnification Agreement | Other | 4/22/11 | $0.00 |
| U.S Foodservice, Inc. | Vendor Agreement | Other | 2/18/11 | $0.00 |
| Unisource | Confidentiality Agreement | Other | 8/16/10 | $0.00 |
| Unisource | Hold Harmless Agreement | Other | 3/8/11 | $0.00 |
| Viskase Companies, Inc. | Confidentiality Agreement | Other | 8/18/10 | $0.00 |
| Viskase Companies, Inc. | Hold Harmless Agreement | Other | 3/8/11 | $0.00 |
| West Liberty | Continuing Product Guarantee | Other | 10/31/11 | $0.00 |