DONALD W. FITZGERALD, State Bar No. 095348
THOMAS A WILLOUGHBY, State Bar No. 137597
JENNIFER E. NIEMANN, State Bar No. 142151
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
dfitzgerald@ffwplaw.com
twilloughby@ffwplaw.com
jniemann@ffwplaw.com

Attorneys for ZF in Liquidation, LLC fka Zacky Farms, LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>ZF IN LIQUIDATION, LLC, a California limited liability company fka ZACKY FARMS, LLC, a California limited liability company,<br><br>Debtor-In-Possession | CASE NO. 12-37961-B-11<br><br>DCN: FWP-104<br><br>Date:        December 17, 2013<br>Time:       9:32 a.m.<br>Courtroom:  32<br>                    501 I Street, 6th Floor<br>                    Sacramento, CA |

## ORDER APPROVING COMPROMISE WITH FIRST AMERICAN TITLE COMPANY

The motion ("Motion") of Zacky Farms, LLC, a California limited liability company, debtor in possession in the above-entitled bankruptcy case (the "Debtor"), seeking entry of an order approving a compromise (the "Settlement") with First American Title Company (First American"), came on for hearing on December 17, 2013, at 9:32 a.m., in Courtroom 32 of the United States Bankruptcy Court for the Eastern District of California. Appearances were noted on the record.

Based upon the Motion, the Declaration of Sean M. Harding in support of the Motion, and any other relevant papers filed in connection with the Motion, arguments of counsel appearing at the hearing on the Motion, and findings of fact and conclusions of law stated on the record; the Court having found that due notice of the Motion was properly served on all parties

RECEIVED
December 20, 2013
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005062292

-1-

ORDER APPROVING COMPROMISE
WITH FIRST AMERICAN TITLE COMPANY

and is sufficient under the circumstances and that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtor, its estate and all parties in interest, and for good and sufficient cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Motion (docket no. 2368) is GRANTED to the extent set forth in this Order.

2. The Debtor is authorized to enter into the Stipulated Dismissal attached as Exhibit A to this Order.

3. The parties are authorized to take all actions reasonably necessary to carry out and implement the Stipulated Dismissal.

Dated: January 07, 2014

Thomas C. Holman
United States Bankruptcy Judge

ORDER APPROVING COMPROMISE
WITH FIRST AMERICAN TITLE COMPANY

**EXHIBIT A**

| | |
|---|---|
| 1 | DONALD W. FITZGERALD, State Bar No. 095348 |
| 2 | THOMAS A WILLOUGHBY, State Bar No. 137597 |
|   | JENNIFER E. NIEMANN, State Bar No. 142151 |
| 3 | FELDERSTEIN FITZGERALD |
|   | WILLOUGHBY & PASCUZZI LLP |
| 4 | 400 Capitol Mall, Suite 1750 |
|   | Sacramento, CA  95814 |
| 5 | Telephone: (916) 329-7400 |
|   | Facsimile: (916) 329-7435 |
| 6 | dfitzgerald@ffwplaw.com |
|   | twilloughby@ffwplaw.com |
| 7 | jniemann@ffwplaw.com |
| 8 | Attorneys for ZF in Liquidation, LLC fka Zacky Farms, LLC |

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | CASE NO. 12-37961-B-11 |
| ZF IN LIQUIDATION, LLC, a California limited liability company fka ZACKY FARMS, LLC, a California limited liability company, | Chapter 11 |
| Debtor-in-Possession. | |
| ZF IN LIQUIDATION, LLC, a California limited liability company fka ZACKY FARMS, LLC, a California limited liability company, | Adversary Proceeding No. 13-02256 |
| Plaintiff, | **STIPULATION TO DISMISS ADVERSARY PROCEEDING (Defendant First American Title Company)** |
| v. | |
| IDAHO AVENUE LAND COMPANY, a California general partnership, et al., | |
| Defendants. | |

Plaintiff ZF in Liquidation, LLC fka Zacky Farms, LLC, a California limited liability company, debtor in possession in the above-entitled bankruptcy case ("Plaintiff"), and Defendant First American Title Company ("First American"), by and through their respective counsel of record, enter into this Stipulation to Dismiss Adversary Proceeding with reference to the following facts.

## RECITALS

A. On August 15, 2013, Plaintiff filed its Complaint for Cancellation of Instrument; to Quiet Title; for Declaratory Relief; and for Slander of Title (the "Complaint") in connection with this adversary proceeding.

B. Plaintiff and First American wish to resolve Plaintiff's claims against First American by stipulating to dismissal of the Complaint with prejudice as to First American, with each party to bear its own attorneys' fees and costs.

## STIPULATION

NOW THEREFORE, Plaintiff and First American hereby stipulate and agree as follows:

1. Plaintiff and First American stipulate to dismissal of the Complaint with prejudice as to First American, with each party to bear its own attorneys' fees and costs.

2. Plaintiff and First American waive and release each other from damages of any kind or nature arising from or related to (a) the filing and/or prosecution or defense of the Complaint and/or (b) the facts alleged in the Complaint.

3. By executing this stipulation, counsel warrant that: (a) each has their client's authority to execute the same, and (b) this stipulation will not be effective, and the parties shall not file it in the adversary proceeding, prior to Court approval of the Debtor's Motion to Approve Compromise with First American Title Company (the "Compromise Motion"). The stipulation may be filed in the bankruptcy case in conjunction with the Compromise Motion.

Dated: December 2, 2013

FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP

By: /s/ Jennifer E. Niemann
JENNIFER E. NIEMANN
Attorneys for Plaintiff ZF in Liquidation, LLC fka Zacky Farms, LLC

Dated: December 2, 2013

LAW OFFICES OF GLENN H. WECHSLER

By: /s/ Lawrence D. Harris
LAWRENCE D. HARRIS
Attorneys for Defendant First American Title Company